JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO MARTINEZ V., <br> Plaintiff, <br> v. <br> ANDREW M. SAUL, Commissioner of Social Security, <br> Defendant. | NO. CV 20-5675-KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: May 14, 2021

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE